### Eastland *against* Jones and Stephens.

*December*, 1824.

THE Chief Justice delivered the opinion of the Court.

This case was originally instituted before a Justice of the Peace, by *Jones* and *Stephens* vs. *Eastland.* Judgment was given in favour of the plaintiffs. *Eastland* appealed to the Circuit Court, and one *William B. Wallace* became bound with him in the appeal bond. The Circuit Court affirmed the judgment of the Justice of the Peace, and rendered judgment pursuant to the Statute against both *Eastland* and *Wallace* his security. *Eastland* has sued out a writ of Error in his own name to reverse the judgment of the Circuit Court. A motion is now made to quash the writ of Error, on the ground of the non joinder of *Wallace.* It is contended for the plaintiff in Error, that as *Wallace* was not an original party to the suit, and only came in as security, the writ was properly sued out in the name of *Eastland* alone. We consider the rule as well settled, that all the parties against whom the judgment was rendered, if living, should join in the writ of Error. *Wallace* was certainly a party to the judgment of the Circuit Court intended to be reviewed in this Court, and he ought to have joined in the writ of Error. Let the writ of Error be quashed.

On appeal to the Inferior Court, the judgment is against the principal and his security to the appeal. Writ of Error thereon, in which the security is not joined, must be quashed.